P6-P&V-161

**UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| TEAMSTERS PENSION TRUST FUND OF PHILADELPHIA AND VICINITY, and<br><br>MARIA SCHEELER, in her capacity as Administrator of the Teamsters Pension Trust Fund of Philadelphia & Vicinity,<br>2500 McClellan Avenue, Suite 140<br>Pennsauken, New Jersey 08109,<br><br>Plaintiffs,<br><br>v.<br><br>BRIGHTLINE CONSTRUCTION, INC.<br>550 State Road, Suite 100<br>Bensalem, PA 19020.<br><br>Defendant. | : | CIVIL ACTION NO. |

**<u>COMPLAINT</u>**

Plaintiffs, Teamsters Pension Trust Fund of Philadelphia and Vicinity ("Pension Fund" or "Fund") and Maria Scheeler, in her capacity as the Administrator of the Pension Fund ("Scheeler" and, together with the Fund, "Plaintiffs"), by and through their attorneys, Markowitz & Richman, hereby file this Complaint, and with regard to the Defendant, Brightline Construction, Inc. ("Brightline" or "Defendant"), allege:

**<u>NATURE OF THE CLAIM</u>**

1. This action is commenced to collect withdrawal liability in the amount of $366,500.62, as determined pursuant to Section 4201 of ERISA, 29 U.S.C. §1381, and other monetary relief pursuant to Sections 502(g)(2) and 4301(b) and (c) of ERISA, 29 U.S.C. §§1132(g)(2) and 1451(b) and (c), incurred by Brightline.

2. Brightline incurred the aforementioned withdrawal liability when it completely withdrew from the Pension Fund, a multiemployer pension plan.

## JURISDICTION AND VENUE

3. Jurisdiction is conferred on this court by ERISA Sections 502(a)(3), (e)(1) and (f), and 4301(c), 29 U.S.C. §§1132(a)(3), (e)(1) and (f), and 1451(c), and by the provisions of 28 U.S.C. § 1331, relating to any civil action or proceeding arising under the laws of the United States.

4. Venue is proper in this court pursuant to Sections 502(e)(2) and 4301(d) of ERISA, 29 U.S.C. §§1132(e)(2) and 1451(d), because Brightline's principal place of business was located at 550 State Road, Suite 100, Bensalem, PA 19020.

5. In accordance with Section 4301(g) of ERISA, 29 U.S.C. §1451(g), Plaintiffs will serve the Pension Benefits Guaranty Corporation ("PBGC") with a copy of this Complaint.

## PARTIES

6. Plaintiff, Teamsters Pension Trust Fund of Philadelphia and Vicinity, is a multiemployer pension plan within the meaning of Sections 3(37) and 4001(a)(3) of ERISA, 29 U.S.C. §§1002(37) and 1301(a)(3), and an "employee pension benefit plan" within the meaning of Sections 3(2)(A) and (3) of ERISA, 29 U.S.C. §§1002(2)(A) and (3), established and maintained for the purpose of providing retirement and related benefits to eligible participants and beneficiaries, and subject to the withdrawal liability provisions of ERISA.

7. Plaintiff, Maria Scheeler, is the Administrator of the Teamsters Pension Trust Fund of Philadelphia and Vicinity and a fiduciary of the Fund within the meaning of Section 3(21)(A) of ERISA, 29 U.S.C. § 1002(21)(A).

8. Plaintiff Scheeler administers the Fund at 2500 McClellan Avenue, Suite 140,

Pennsauken, NJ 08109.

9. Pursuant to Sections 502(a)(3) and 4301(a)(1) of ERISA, 29 U.S.C. § 1132(a)(3), Plaintiffs are authorized to bring this action on behalf of the Fund, its participants and its beneficiaries.

10. Defendant, Brightline, is, and at all times relevant hereto has been, an employer within the meaning of Section 3(5) of ERISA, 29 U.S.C. § 1002(5), with a principal place of business located at 550 State Road, Suite 100, Bensalem, PA 19020.

11. Upon information and belief, no party to this action has filed for protection under the U.S. Bankruptcy Code during the time in which the action arose or thereafter.

## FACTUAL ALLEGATIONS

12. Brightline participated in, and contributed to, the Fund pursuant to the terms of a collective bargaining agreement between itself and Teamsters, Local No. 107 (hereinafter "Union"). (A Copy of the Agreement is attached as Exhibit A).

13. Participating employers are bound by the terms of the Fund.

14. On or about July 23, 2026, it was determined by the Fund that Brightline had effected a complete withdrawal from the Fund during the 2025 Fund Year, as that phrase is defined in Section 4203(e) of ERISA 29 U.S.C. 1383(a).

15. On July 23, 2026, the Fund, by way of a letter, demanded payment of Brightline's withdrawal liability, which was computed as $366,500.62, payable in seventeen (17) quarterly installments of $23,110.30, commencing on September 23, 2026 and a final partial installment of $18,132.55. (The Fund's July 23, 2026 letter is attached as Exhibit B).

16. Brightline never demanded arbitration or otherwise initiated arbitration procedures within the timeframes established in Section 4221 of ERISA, 29 U.S.C. §1401.

17. Brightline failed and/or refused to make its required withdrawal liability payments to the Fund.

18. To date, neither Brightline nor any affiliated person or entity has made any payments toward the assessed withdrawal liability.

19. The outstanding complete withdrawal liability amount is $366,500.62.

## COUNT ONE
## LIABILITY OF BRIGHTLINE

20. Paragraphs 1 through 19 of this Complaint are re-alleged as though fully set forth herein.

21. Brightline effectuated a complete withdrawal from the Plan.

22. By its complete withdrawal from the Fund, Brightline incurred withdrawal liability in the amount of $366,500.62 pursuant to Section 4201 of ERISA, 29 U.S.C. § 1381.

**WHEREFORE**, Plaintiffs respectfully request that this Court:

(a) Assume jurisdiction over this matter pursuant to 29 U.S.C. §§1132(a)(3), (e)(1) and (f), and 1451(c);

(b) Enter an Order declaring Brightline liable for the assessed withdrawal liability;

(c) Enter an Order for judgment in favor of the Plaintiff Fund and against Brightline in an amount equal to the assessed withdrawal liability (i.e., $366,500.62), plus interest and liquidated damages;

(d) Enter an Order directing Brightline to pay to Plaintiffs all reasonable attorneys' fees, expenses, and the costs of research, investigation, initiation, maintenance and prosecution of this claim; and

(e) Award Plaintiffs such other and further relief as may be just, necessary, and proper.

Respectfully submitted,

**MARKOWITZ & RICHMAN**

/s/ Kathleen McPolin

Stephen C. Richman, Esq. (15884)
Richard J. De Fortuna, Esq. (86260)
Kathleen McPolin, Esq. (338328)
123 South Broad Street - Suite 2020
Philadelphia, PA 19109
215-875-3100

*Attorneys for Plaintiffs*

Dated: October 15, 2026